IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARENGA BROWN,

    Petitioner,                      No. CIV S-07-2786 LKK JFM P

    vs.

JAMES TILTON, Secretary,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed a document styled as filed objections to the findings and recommendations.[1]

---

[1] In the document petitioner states that he wants to return to the superior court, and he asks for dismissal of this action and an order requiring that he receive access to the prison law library on days that he is not receiving dialysis treatment. For the reasons set forth in the magistrate judge's findings and recommendations, this action must be dismissed. The court will not, therefore, make any orders concerning petitioner's access to the prison law library.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case. Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to be supported by the record and
4  by proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed January 25, 2008, are adopted in full;
7  and
8  2. This action is dismissed without prejudice.
9  DATED: February 25, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2